**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 2:15-cv-14101-ROSENBERG/LYNCH**

MARGARITO MERCADO, on his own behalf
and all other similarly situated,

      Plaintiffs,

v.

JOSEPH SNYDER and SEASIDE ROOFING, INC.,

      Defendants.

_____/

**ORDER GRANTING SECOND RENEWED JOINT MOTION**
**TO APPROVE SETTLEMENT AGREEMENT**

      **THIS CAUSE** is before the Court on the parties' Second Renewed Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice [DE 36]. The Court has carefully reviewed the Joint Motion and is otherwise fully advised in the premises. For the reasons set forth below, the Joint Motion [DE 36] is **GRANTED.**

      The parties ask the Court to approve their settlement agreement pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), as it represents a settlement of claims under the Fair Labor Standards Act ("FLSA"). The Court previously denied approval of the parties' settlement, first because the parties asked the Court to review the agreement in camera, *see* DE 33, and second because the parties' agreement contained a confidentiality clause, *see* DE 35. The parties have now omitted the confidentiality clause from their agreement. *See* DE 36-1. The Court previously found that the attorney's fees awarded Plaintiffs' counsel under the agreement are fair and reasonable. *See* DE 35 at 3.

      Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1

1. The Second Renewed Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice [DE 36] is **GRANTED**.

2. The Court finds that the Settlement Agreement, *see* DE 36-1, is a fair and reasonable resolution of a bona fide dispute over FLSA provisions, and accordingly, the terms of the settlement are approved.

3. This case is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorney's fees and costs, except as otherwise agreed between the parties in the Settlement Agreement.

4. The Court shall retain jurisdiction to enforce the terms of the settlement.

**DONE AND ORDERED** in Chambers, Fort Pierce, Florida, this <u>10th</u> day of February, 2016.

Copies furnished to:
Counsel of record

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE